Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

JOHN T. WILLET

v.

CITY OF BUFFALO, et al.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 15-CV-330A

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that this case is dismissed for failure to prosecute.

Date: January 25, 2017

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Kirstie L. Henry
    Deputy Clerk